IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TAMMERA FOX,                                          07-CV-1307-BR

        Plaintiff,                                  JUDGMENT

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

        Defendant.


      Based on the Court's Opinion and Order (#15) issued

October 2, 2008, the Court **AFFIRMS** the Commissioner's final

decision and **DISMISSES** this matter.

      IT IS SO ORDERED.

      DATED this 2nd day of October, 2008.


                        /s/ Anna J. Brown
                        _____
                        ANNA J. BROWN
                        United States District Judge